UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD KIRK BROWN,

    Plaintiff,

                                                Civil No. 09-14211
v.                                          Hon. Lawrence P. Zatkoff

CO. HARRINGTON et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, filed a civil-rights complaint [dkt 1] under 42 U.S.C. § 1983 alleging that Defendants have violated certain of his constitutional rights, including allegations that he was denied access to the law library and was physically assaulted by prison staff. The matter is currently before the Court on Magistrate Judge Hluchaniuk's Report and Recommendation [dkt 37], in which the Magistrate Judge recommends that the Court grant Defendants' motion for summary judgment [dkt 30]. No objections were filed to the Report and Recommendation within the appropriate time period.

The Court has thoroughly reviewed the court file and the Report and Recommendation. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

Accordingly, IT IS HEREBY ORDERED that Defendants' motion for summary judgment [dkt 30] is GRANTED.

IT IS SO ORDERED.

                          S/Lawrence P. Zatkoff
                          LAWRENCE P. ZATKOFF
                          UNITED STATES DISTRICT JUDGE

Dated: November 18, 2010

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on November 18, 2010.

                          S/Marie E. Verlinde
                          Case Manager
                          (810) 984-3290